787 A.2d 777

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,

v.

### Mark Patrick BRUGH, Respondent.

No. 33, Sept. Term, 2001.

Court of Appeals of Maryland.

Dec. 27, 2001.

## *ORDER*

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16–772, it is this 27th day of December, 2001,

ORDERED, by the Court of Appeals of Maryland, that Mark Patrick Brugh be, and he is hereby, disbarred by consent from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Mark Patrick Brugh from the register of attorneys, and pursuant to Maryland Rule 16–772(d), shall certify that fact to the Trustees of the Clients' Security Trust Fund and the clerks of all judicial tribunals in the State.